| AO 10<br>Rev. 1/2008 | **FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2008** | *Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial)<br><br>HULL, FRANK M. | 2. Court or Organization<br><br>U.S.CT OF APPEALS-11TH CIRCUIT | 3. Date of Report<br><br>05/12/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S.CT OF APPEALS JUDGE-ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>U.S. Court of Appeals<br>56 Forsyth Street, NW<br>Atlanta, GA 30303 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
> *checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Guardian/Trustee/Custodian | Stock & Bond Accts |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2009 MAY 14 A 10: 57 FINANCIAL DISCLOSURE OFFICE

Hull_Frank_M

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | ██████████ Inc (architect's salary) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Harvard Law School | 11/17-11/19/2008 | Boston, MA | Moot Court Competition | Airfare, lodging & meals |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Undev. Real Estate: Henry Cty, GA | | None | M | W | | | | | |
| 2. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 3. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 4. Real Estate: Atlanta, GA (Parcel 1: WW) | | None | P1 | W | Donated (part) | | | | |
| 5. Real Estate: Augusta, GA Property (18% interest) | | None | L | W | | | | | |
| 6. MERRILL LYNCH-IRA ACCT (with following stocks): | | | | | | | | | |
| 7. -Abb Ltd | | None | J | T | Buy | 6/12 | J | | |
| 8. -Adobe Sys Del | | | | | Sold | 3/14 | J | B | |
| 9. -Allergan | A | Int./Div. | J | T | | | | | |
| 10. -American Express | | | | | Sold | 3/14 | J | | |
| 11. -Applera | | | | | Buy | 6/12 | J | | |
| 12. | | | | | Sold | 10/3 | J | A | |
| 13. -AutoDesk Inc | | None | J | T | Buy | 3/19 | J | | |
| 14. -Avon Prod Inc | A | Int./Div. | J | T | Buy | 3/19 | J | | |
| 15. -BJ Services Co | A | Int./Div. | J | T | | | | | |
| 16. -WR Berkley Corp | | | | | Sold | 10/3 | J | | |
| 17. -Becton Dickinson Co | | | | | Sold | 6/9 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Chesapeake Energy Okla | A | Int./Div. | J | T | Buy | 11/7 | J | | |
| 19. -CVS Caremark Corp | A | Int./Div. | J | T | | | | | |
| 20. -Danaher Corp | A | Int./Div. | J | T | Buy | 3/19 | J | | |
| 21. -Devon Energy Corp | A | Int./Div. | J | T | Buy | 11/7 | J | | |
| 22. -Digital Rlty Tr Inc | A | Int./Div. | J | T | Buy | 3/19 | J | | |
| 23. -Discovery Communications | | None | J | T | Buy | 10/8 | J | | |
| 24. -Embraer Empresa Bras | | | | | Sold | 3/14 | J | B | |
| 25. -Express Scripts Inc | | | | | Buy | 3/19 | J | | |
| 26. | | | | | Sold | 10/3 | J | B | |
| 27. -Genentech Inc | | None | J | T | | | | | |
| 28. -Google Inc | | None | J | T | | | | | |
| 29. -Hewlett Packard Co | A | Int./Div. | J | T | Buy | 6/12 | J | | |
| 30. -Honeywell Intl | A | Int./Div. | J | T | | | | | |
| 31. -McKesson Corporation | A | Int./Div. | J | T | Buy | 10/8 | J | | |
| 32. -MEMC Electr Matls | | | | | Sold (part) | 3/14 | J | D | |
| 33. | | None | J | T | Sold (part) | 36/9 | J | D | |
| 34. -Microchip Technology | | | | | Sold | 6/9 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   -Monsanto Co | A | Int./Div. | J | T | Buy | 6/12 | K | | |
| 36.   -NASDAQ OMX GRP | | None | J | T | Buy | 10/8 | J | | |
| 37.   -News Corp | | | | | Sold | 10/3 | J | | |
| 38.   -Nokia Corp | A | Int./Div. | J | T | | | | | |
| 39.   -Oracle Corp | | None | J | T | Buy | 3/19 | J | | |
| 40.   -Quest Diagnostics Inc | A | Int./Div. | J | T | Buy | 10/8 | J | | |
| 41.   -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 42.   -Smith-Nphw Plc Spadr | A | Int./Div. | J | T | Buy | 3/19 | J | | |
| 43.   -Starwood Htls & Resorts | A | Int./Div. | J | T | | | | | |
| 44.   -Stryker Corp | A | Int./Div. | J | T | | | | | |
| 45.   -Thermo Fisher Scientific Inc | | None | J | T | | | | | |
| 46.   -Thomas & Betts | | | | | Sold | 6/9 | J | | |
| 47.   -Transocean Inc | | | | | Sold | 11/4 | J | B | |
| 48.   -URS Corp | | None | J | T | | | | | |
| 49.   -Wellpoint Inc | | | | | Sold | 3/14 | J | | |
| 50.   -Zimmer Holdings | | | | | Sold | 3/14 | J | A | |
| 51.   MERRILL LYNCH-ACCT #2 (with following stocks): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -ABB Ltd | | None | J | T | Buy | 6/12 | J | | |
| 53. -Adobe Sys | | | | | Sold | 3/14 | K | D | |
| 54. -Allergan | A | Int./Div. | J | T | | | | | |
| 55. -America Movil SAB | A | Int./Div. | J | T | | | | | |
| 56. -American Express Co | | | | | Sold | 3/14 | L | | |
| 57. -Applera | | | | | Buy | 6/12 | K | | |
| 58. | | | | | Sold | 10/3 | K | A | |
| 59. -Arch Coal | | | | | Sold | 11/4 | J | | |
| 60. -Autodesk Inc | | None | K | T | Buy | 3/19 | K | | |
| 61. -Avon Prod Inc | A | Int./Div. | J | T | Buy | 3/19 | K | | |
| 62. -CVS Caremark Rx Inc | A | Int./Div. | L | T | | | | | |
| 63. -Chesapeake Energy Okla | A | Int./Div. | J | T | Buy | 11/7 | J | | |
| 64. -Coca-Cola Co | A | Int./Div. | J | T | | | | | |
| 65. -Danaher Corp | | | | | Buy | 3/19 | K | | |
| 66. | A | Int./Div. | L | T | Buy (add'l) | 6/12 | K | | |
| 67. -Devon Energy Corp New | A | Int./Div. | K | T | Buy | 11/7 | L | | |
| 68. -Digital Rlty Tr Inc | B | Int./Div. | L | T | Buy | 3/19 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Discovery Communicatn | | None | K | T | Buy | 10/8 | K | | |
| 70. -Embraer Empresa | | | | | Sold | 3/14 | K | D | |
| 71. -Express Scripts Inc | | | | | Buy | 3/19 | K | | |
| 72. | | | | | Sold | 10/3 | K | D | |
| 73. -Genentech Inc | | | | | Sold | 11/4 | K | D | |
| 74. -Genzyme Corp | | None | L | T | Buy (add'l) | 11/7 | K | | |
| 75. -Google Inc | | None | J | T | | | | | |
| 76. -Home Depot Inc | A | Int./Div. | J | T | | | | | |
| 77. -Honeywell Intl | B | Int./Div. | K | T | Sold (part) | 6/9 | K | D | |
| 78. -JP Morgan Chase | | | | | Sold | 6/9 | L | | |
| 79. -McKesson Corp | A | Int./Div. | K | T | Buy | 10/8 | K | | |
| 80. -MEMC Electric | | None | J | T | Sold (part) | 3/14 | K | E | |
| 81. -Monsanto Co | A | Int./Div. | J | T | Buy | 6/12 | K | | |
| 82. -News Corp | | | | | Sold | 10/3 | K | | |
| 83. -Oracle Corp | A | Int./Div. | K | T | Buy | 3/19 | K | | |
| 84. -Quest Diagnostics | A | Int./Div. | K | T | Buy | 10/8 | K | | |
| 85. -Schlumberger Ltd | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Smith-Nphw Plc Spadr | A | Int./Div. | J | T | Buy | 3/19 | J | | |
| 87. -Starwood Hotels & Resorts | A | Int./Div. | J | T | | | | | |
| 88. -Thermo Fisher Scientific | | None | J | T | | | | | |
| 89. -Thomas & Betts | | | | | Sold | 6/9 | J | | |
| 90. -Tiffany & Co. | B | Int./Div. | K | T | | | | | |
| 91. -Transocean Inc | . | | | | Sold | 11/4 | L | D | |
| 92. -URS Corp | | None | K | T | | | | | |
| 93. -Wellpoint Inc | | | | | Sold | 3/14 | L | D | |
| 94. -Zimmer Holdings | | | | | Sold | 3/14 | J | A | |
| 95. Real Estate: Ltd Partner, Pinewood Ltd, DeKalb Cty, GA | A | Rent | | | Sold | 7/29 | L | F | |
| 96. % Stock Owner: Arch. firm, ▓▓▓ | D | Int./Div. | M | T | | | | | |
| 97. Note from ▓▓▓ | D | Interest | L | T | | | | | |
| 98. BJLAS, LLC (16% interest) | A | Interest | J | T | | | | | |
| 99. 401(k) RETIREMENT PLAN/TRUST: ▓ consisting of following: | | | | | | | | | |
| 100. -Self-Direct acct (part of 401k above, with following:) | | | | | | | | | |
| 101. -GOVT SECURITIES: | | | | | | | | | |
| 102. -Federal Natl Mtg Assn | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. -Federal Home Ln Mtg Corp | B | Int./Div. | K | T | | | | | |
| 104. -Federal Home Loan Bank | B | Int./Div. | K | T | | | | | |
| 105. -US Treasury Note | | | | | Redeemed | 9/2 | L | | |
| 106. -US Treasury Note | | | | | Redeemed | 9/2 | L | A | |
| 107. -Key Bank | C | Int./Div. | M | T | Buy | 10/2 | L | | |
| 108. -CORP BONDS: | | | | | | | | | |
| 109. -GTE California Inc | B | Int./Div. | K | T | | | | | |
| 110. -Wells Fargo Bank NA | B | Int./Div. | K | T | | | | | |
| 111. -Bank of America Corp | B | Int./Div. | K | T | | | | | |
| 112. -STOCKS: | | | | | | | | | |
| 113. -AFLAC Inc | | | | | Sold | 6/9 | K | D | |
| 114. -Baker Hughes | A | Int./Div. | J | T | | | | | |
| 115. -Alcon Inc | | | | | Buy | 10/8 | J | | |
| 116. | | | | | Sold | 11/4 | J | | |
| 117. -Bank New York Mellon | A | Int./Div. | K | T | | | | | |
| 118. -BP | B | Int./Div. | J | T | | | | | |
| 119. -Baxter International | | | | | Buy | 3/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | A | Int./Div. | K | T | Buy (add'l) | 6/12 | J | | |
| 121.  -ConocoPhillips | | | | | Sold | 11/4 | K | D | |
| 122.  -Du Pont EI DeNemours | A | Int./Div. | J | T | | | | | |
| 123.  -Emerson Elec | A | Int./Div. | J | T | | | | | |
| 124.  -Enbridge Inc | A | Int./Div. | K | T | Buy | 11/7 | K | | |
| 125.  -FPL Group Inc | B | Int./Div. | L | T | | | | | |
| 126.  -General Mills | A | Int./Div. | K | T | | | | | |
| 127.  -Hewlett Packard Co | A | Int./Div. | K | T | Buy | 6/12 | K | | |
| 128.  -Honeywell Intl | A | Int./Div. | K | T | | | | | |
| 129.  -IBM | A | Int./Div. | K | T | | | | | |
| 130.  -Ingersoll Rand Co Ltd | | | | | Sold | 6/9 | K | C | |
| 131.  -JP Morgan Chase | | | | | Sold | 3/12 | K | | |
| 132.  -Johnson and Johnson | A | Int./Div. | K | T | | | | | |
| 133.  -Kellogg Co | A | Int./Div. | K | T | | | | | |
| 134.  -McDonalds Corp | A | Int./Div. | K | T | Buy | 3/17 | K | | |
| 135.  -Microsoft Corp | | | | | Sold | 6/9 | K | | |
| 136.  -Nordstrom Inc | | | | | Sold | 3/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Novartis ADR | | | | | Sold | 3/12 | K | | |
| 138. -Novo Nordisk | | | | | Buy | 3/17 | K | | · |
| 139. | | | | | Sold | 10/8 | J | | |
| 140. -Nokia Corp | A | Int./Div. | J | T | | | | | |
| 141. -Omnicom Group | | | | | Sold | 6/9 | K | C | |
| 142. -PepsiCo Inc | A | Int./Div. | K | T | | | | | |
| 143. -PG&E | | | | | Sold | 3/12 | J | | |
| 144. -PPL Corporation | A | Int./Div. | J | T | Buy | 3/17 | K | | |
| 145. -Proctor Gamble | A | Int./Div. | K | T | | | | | |
| 146. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 147. -Smith-Nphw Plc | A | Int./Div. | J | T | Buy | 11/7 | J | | |
| 148. -Starwood Hotels & Resorts | A | Int./Div. | J | T | Buy | 6/12 | K | | |
| 149. -Torchmark Corp | A | Int./Div. | K | T | Buy | 6/12 | K | | |
| 150. -United Techs Corp | A | Int./Div. | K | T | | | | | |
| 151. -Vodafone Grp | A | Int./Div. | J | T | | | | | |
| 152. -Waddell & Reed | A | Int./Div. | J | T | | | | | |
| 153. -Waste Management Inc | A | Int./Div. | K | T | Buy | 6/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154.  -Wyeth | A | Int./Div. | J | T | | | | | |
| 155.  MERRILL LYNCH-IRA ACCT (with following stocks) | | | | | | | | | |
| 156.  -ABB Ltd | | None | J | T | Buy | 6/12 | J | | |
| 157.  -Adobe Sys | | | | | Sold | 3/12 | J | B | |
| 158.  -Allergan Inc | A | Int./Div. | J | T | | | | | |
| 159.  -American Express Co | | | | | Sold | 3/12 | J | | |
| 160.  -Applera | | | | | Buy | 6/12 | J | | |
| 161. | | | | | Sold | 10/3 | J | | |
| 162.  -Arch Coal Inc | A | Int./Div. | J | T | Buy | 6/12 | J | | |
| 163.  -AutoDesk Inc | | None | J | T | Buy | 3/17 | J | | |
| 164.  -Avon Prod Inc | A | Int./Div. | J | T | Buy | 3/17 | J | | |
| 165.  -WR Berkley Corp | | | | | Sold | 10/3 | J | | |
| 166.  -BJ Services Co | | | | | Sold | 6/9 | J | | |
| 167.  -Becton Dickinson Co | | | | | Sold | 3/12 | J | A | |
| 168.  -CVS Caremark Corp | A | Int./Div. | J | T | | | | | |
| 169.  -Danaher Corp | A | Int./Div. | J | T | Buy | 3/17 | J | | |
| 170.  -Digital Rlty | A | Int./Div. | J | T | Buy | 3/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. -Discovery Communicatn | | None | J | T | Buy | 10/8 | J | | |
| 172. -Embraer Empresa Bras | | | | | Sold | 3/12 | J | A | |
| 173. -Express Scripts | | | | | Buy | 3/17 | J | | |
| 174. -Express Scripts | | | | | Sold | 10/3 | J | B | |
| 175. -Genentech Inc | | None | J | T | | | | | |
| 176. -Google Inc | | None | J | T | | | | | |
| 177. -Hewlett Packard Co | A | Int./Div. | J | T | Buy | 6/12 | J | | |
| 178. -Honeywell Intl Inc | A | Int./Div. | J | T | | | | | |
| 179. -McKesson Corp | A | Int./Div. | J | T | Buy | 10/8 | J | | |
| 180. -MEMC Electr | | | | | Sold (part) | 3/12 | J | C | |
| 181. | | None | J | T | Sold (part) | 6/9 | J | C | |
| 182. -Microchip Technology | | | | | Sold | 6/9 | J | | |
| 183. -NASDAQ OMX Grp | | None | J | T | Buy | 10/8 | J | | |
| 184. -News Corp | | | | | Sold | 10/3 | J | | |
| 185. -Nokia Corp | A | Int./Div. | J | T | | | | | |
| 186. -Oracle Corp | | None | J | T | Buy | 3/17 | J | | |
| 187. -Quest Diagnostics Inc | A | Int./Div. | J | T | Buy | 10/8 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,000 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| HULL, FRANK M. | 05/12/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Smith-Nphw Plc | A | Int./Div. | J | T | Buy | 3/17 | J | | |
| 189. -Starwood Htls & Resorts | A | Int./Div. | J | T | | | | | |
| 190. -Stryker Corp | A | Int./Div. | J | T | | | | | |
| 191. -Schlumberger Ltd | A | Int./Div. | J | T | | | | | |
| 192. -Thermo Fisher Scientific | | None | J | T | | | | | |
| 193. -Thomas & Betts | | | | | Sold | 6/9 | J | | |
| 194. -Transocean Inc | | None | J | T | | | | | |
| 195. -URS Corp | | None | J | T | | | | | |
| 196. -Wellpoint Inc | | | | | Sold | 3/12 | J | | |
| 197. -Zimmer Holdings Inc | | | | | Sold | 3/12 | J | A | |
| 198. Real Estate: Ltd Partner, Peachtree So Ltd, Atlanta, GA | B | Rent | J | W | | | | | |
| 199. Real Estate: Ltd Partner, ▇Whitehall, Atlanta, GA | B | Rent | J | W | | | | | |
| 200. Real Estate: Atlanta, GA (Parcel 3: WW) | | None | L | W | | | | | |
| 201. Real Estate: Atlanta, GA (Parcel 2: WW) | | None | L | W | | | | | |
| 202. Real Estate: Atlanta, GA ( (#1) (Parcel 4: WW) | | None | L | W | | | | | |
| 203. Real Estate: Atlanta, GA (#1) (Parcel 3: WW) | | None | L | W | | | | | |
| 204. Real Estate: Atlanta GA (#1) (Parcel 2: WW) | | None | L | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Undev. Real Estate: NC (#1 & #2) | | None | P1 | W | | | | | |
| 206. Real Estate: Atlanta, GA (#2) (Parcel 4: WW) | | None | L | W | | | | | |
| 207. Real Estate: Atlanta, GA (#2) (Parcel 3: WW) | | None | L | W | | | | | |
| 208. Real Estate: Atlanta, GA (#2) (Parcel 2: WW) | | None | L | W | | | | | |
| 209. Real Estate: Atlanta, GA (#1) (1/3 KP) | | None | M | W | | | | | |
| 210. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |
| 211. Real Estate: Atlanta, GA (1/3 KP) | | None | M | W | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| HULL, FRANK M. | 05/12/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
| --- | --- |
| HULL, FRANK M. | 05/12/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544